**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| KERNELIUS MARCUS SHEPHERD, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:24-CV-46 |
| | § | |
| FRANK SAUNDERS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Kernelius Marcus Shepherd, Sr., an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against several defendants, including the University of Texas Medical Branch ("UTMB").

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On May 9, 2026, the magistrate judge recommended dismissing Plaintiff's claims against UTMB for lack of subject matter jurisdiction (#13). No Objections to the Report and Recommendation have been filed to date. Furthermore, a copy of the Report and Recommendation was returned as undeliverable on June 15, 2026 (#16). More than ample time has passed, yet Plaintiff has failed to update his address with the court in violation of Local Rule CV-11(d).

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1990). "This authority [under Rule 41(b)] flows from the court's inherent power

to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962)). Plaintiff has prevented the court from communicating with him, warranting dismissal of this entire civil action for want of prosecution.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct to the extent it recommends dismissal.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#13) is **PARTIALLY ADOPTED**. Plaintiff's claims against all the Defendants will be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). A Final Judgment will be entered separately.

SIGNED at Beaumont, Texas, this 25th day of August, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE